certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Jay T. McCamic* for petitioner. *Mr. Edward O. Tabor* for respondents.

No. 773. CERAMI *v.* HAAS. April 5, 1943. Petition for writ of certiorari to the Supreme Court of Louisiana denied. *Mr. George Seth Guion* for petitioner. *Wm. D. Haas, Jr., pro se.*

No. 775. GENERAL SHALE PRODUCTS CORP. *v.* STRUCK CONSTRUCTION CO. ET AL. April 5, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Haveth E. Mau* and *Robert Houston French* for petitioner. *Messrs. William W. Crawford* and *William Furlong* for respondents.

No. 782. COLONIAL MILLING CO. *v.* COMMISSIONER OF INTERNAL REVENUE. April 5, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Cecil Sims* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key* and *Joseph M. Jones* for respondent.

No. 785. LEVY *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. April 5, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Andrew B. Trudgian* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Newton K. Fox* for respondent.